# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONARCH NUT COMPANY LLC aka MONARCH NOT CO.,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-00578 --- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7) |

On July 21, 2015, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 7) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 11, 2015**;
2. In the stipulated dismissal, the parties **SHALL** indicate whether each consents to magistrate judge jurisdiction for purposes of processing the dismissal;
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

　　Dated: __**July 22, 2015**__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE